# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00570-CV

**Mometrix Media, LLC, Appellant**

**v.**

**LCR Publishing, LLC, Appellee**

### FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-17-001625, THE HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Mometrix Media, LLC has filed an agreed motion to dismiss this appeal and requests that the issuance of the mandate be expedited based on the parties' agreement. We grant the motion, dismiss the appeal, and direct the Clerk of this Court to issue the mandate immediately. *See* Tex. R. App. P. 18.1(c), 42.1(a)(1).

_____

Melissa Goodwin, Justice

Before Chief Justice Rose, Justices Goodwin and Field;
  Justice Field Not Participating

Dismissed on Appellant's Motion

Filed: March 31, 2020